TIMOTHY J. WIARD, Respondent, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Appellant.

*Wiard* v. *Syracuse R. T. Ry. Co.*, 52 App. Div. 635 affirmed.
(Argued December 6, 1901; decided January 14, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 21, 1900, affirming a judgment of the Onondaga County Court in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Spencer* for appellant.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ELIZABETH A. CLARK, Respondent, *v.* WILLIAM H. PEMBERTON, Appellant.

*Clark* v. *Pemberton*, 64 App. Div. 416, appeal dismissed.
(Argued January 7, 1902; decided January 14, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made October 11, 1901, which reversed an order of Special Term denying a motion to vacate a judgment previously entered in favor of defendant upon the report of a referee and granted such motion.

*Gustav R. Hamburger* and *William J. Marshall* for appellant.

*Lyman B. Bunnell* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.